IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR. personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, Maria Lucero; NANCY MENDOZA, and JOHNNY G. PROVENCIO,<br>               Plaintiffs,<br>   v.<br><br>DEFENSE TECHNOLOGIES, INC., DEFENSE TECHNOLOGY FEDERAL LABORATORIES, ARMOR HOLDINGS INC., and DOES 1 to 100, inclusive<br>               Defendant. | 1: 07 - CV - 0651 AWI DLB<br><br>ORDER VACATING JUNE 18, 2007 HEARING DATE AND TAKING MOTION TO DISMISS UNDER SUBMISSION |

    Defendants have filed a motion to dismiss the wrongful death claims of Plaintiff Nancy Mendoza and Plaintiff Johnny G. Provencio and strike the claim for punitive damages in this action. This motion is set for hearing on June 18, 2007. On May 29, 2007, Plaintiff Daniel Provencio, Jr. filed a statement of non-opposition to Defendants' motion. Pursuant to Local Rule 78-230(c), Plaintiff Nancy Mendoza and Plaintiff Johnny G. Provencio Plaintiff were required to file either an opposition or a notice of non-opposition no later than June 4, 2007. Neither Plaintiff Nancy Mendoza nor Plaintiff Johnny G. Provencio filed an opposition or notice of non-opposition.

    Due to Plaintiff Nancy Mendoza's and Plaintiff Johnny G. Provencio's failure to file a

1 timely opposition or notice of non-opposition, they are in violation of the Local Rules, see 78-
2 230(c), and not entitled to be heard at oral argument in opposition to the motion, see 78-230(c).
3 The court has reviewed Defendants' motion, Plaintiff Daniel Provencio, Jr.'s statement of non-
4 opposition, and the applicable law, and the court has determined that the motion is suitable for
5 decision without oral argument.  See  Local Rule 78-230(h).
6     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 18,
7 2007,  is VACATED, and no party shall appear at that time.  As of June 18, 2007,  the court will
8 take Defendants' motion to dismiss under submission, and will thereafter issue its decision.
9 IT IS SO ORDERED.
10 **Dated:   June 8, 2007**                                      /s/ **Anthony W. Ishii**
                                                            UNITED STATES DISTRICT JUDGE

2