Michael R. Mitchell
SBN 048348
19655 Friar Street
Tarzana, CA 91335
Phone (818) 968-6119
Email: mitchel4@ix.netcom.com

Attorney for Plaintiff Daniel Provencio, Jr. personally and as Successor in interest to Daniel Provencio, deceased, by his Guardian ad litem, Maria Lucero

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., Personally and as successor in Interest to DANIEL PROVENCIO, Deceased, by his guardian at litem, Maria Lucero, <br><br> Plaintiff, <br><br> v. <br><br> ARMOR HOLDINGS, INC., ARMOR HOLDINGS, INC. d/b/a DEFENSE TECHNOLOGY, ARMOR HOLDINGS, INC. d/b/a DEFENSE TECHNOLOGY FEDERAL LABORATORIES, ARMOR HOLDINGS, INC. d/b/a FEDERAL LABORATORIES, DEFENSE TECHNOLOGY CORPORATION OF AMERICA, And Does 2 to 100, inclusive, <br><br> Defendants. | Case No. 07-CV-0651-AWI-TAG <br><br> (Related Case: 07-CV-0069-AWI-TAG) <br><br> FIRST AMENDED COMPLAINT FOR WRONGFUL DEATH - PRODUCTS LIABILITY <br><br> (JURY TRIAL DEMANDED) |

FIRST AMENDED COMPLAINT

1

1. This court has diversity jurisdiction pursuant to 28 USC Section 1332.

2. Plaintiff Daniel Provencio, Jr., a minor (Date of Birth: 7/28/1999) brings this action personally and as successor in interest to Daniel Provencio, deceased ("decedent"), by his guardian ad litem, Maria Lucero.  Plaintiff Daniel Provencio, Jr. is the sole surviving child of decedent and successor in interest to decedent.  He is represented in this lawsuit by his duly appointed and acting guardian ad litem, his mother, Maria Lucerio.  Decedent and Maria Lucero were married on September 12, 1998 and were divorced in March 2004.  Plaintiff and his guardian ad litem were at the time of the filing of this lawsuit and now are citizens of the State of California.

3. Defendant Armor Holdings, Inc. was at the time of the filing of this action and still is a Delaware corporation with its principal place of business in Florida and is doing business as Defense Technology, Defense Technology Federal Laboratories, and Federal Laboratories.

4. Defendant Defense Technology Corporation of America was at the time of filing of this action and still is a Delaware corporation with its principal place of business in Wyoming.

5. The actual amount in controversy is in excess of $75,000 exclusive of interest and costs.

6. Venue is proper because the acts and omissions resulting in injury to and death of decedent occurred in this district, to wit, at Wasco, California.

FIRST AMENDED COMPLAINT

7. The true names of defendants sued as Does are unknown to plaintiff. Doe defendants 2 to 50 were agents or employees of other named defendants and acted within the scope of that agency or employment. Doe defendants 51 through 100 are persons or entities whose capacities are unknown to plaintiff.

FIRST CAUSE OF ACTION – PRODUCTS LIABILITY

STRICT LIABILITY

8. Plaintiff restates and reiterates the foregoing paragraphs of this complaint as if set forth in full at this point.

9. On or about January 16, 2005, plaintiff's decedent, Daniel Provencio, was severely injured by a gunshot wound to decedent's head inflicted by a 40mm projectile designed, manufactured and distributed by defendants, fired from a 40mm rifle designed, manufactured and distributed by defendants by non-party Matthew D. Palmer, – who has testified that he aimed the rifle at decedent's hip-- a Wasco State Prison guard, at Wasco, California. Another guard sprayed decedent with pepper spray designed, manufactured and distributed by defendants. Another guard then immediately placed a "spit hood" over decedent's head. On or about March 4, 2005, decedent died from such injury.

10. Each of the defendants knew the products would be purchased and used without inspection for defects. The rifle product was defectively designed and was defective when it left control of each defendant; the projectile was defective when it left control of each defendant or became so through the natural aging process, as

FIRST AMENDED COMPLAINT

defendants well-knew or should have known.

11. The products at the time of injury were being used in the manner intended by the defendants.

12. The products at the time of injury were being used in the manner that was reasonably foreseeable by defendants as involving substantial dangers not readily apparent. Adequate warnings of the dangers were not given.

13. Plaintiff's decedent was a target of the products.

14. Named defendants and Does 2 through 10 who manufactured and assembled the products are strictly liable to plaintiff.

15. Named defendants and Does 11 through 20 who designed and manufactured component parts supplied to the manufacturer are strictly liable to plaintiff.

16. Named defendants and Does 21 through 25 who sold the products to the State of California and/or the California Department of Corrections and Rehabilitation are strictly liable to plaintiff.

17. As a direct and legal result of the foregoing, plaintiff has suffered wrongful death damages, including but not limited to the pecuniary value of the loss of the care, comfort, society, protection, support and love of the decedent.

## SECOND CAUSE OF ACTION

## NEGLIGENCE

18. Plaintiff restates and reiterates the foregoing paragraphs of this complaint

FIRST AMENDED COMPLAINT

as if set forth in full at this point.

19.  Named defendants and the Doe defendants owed a duty of reasonable care to plaintiff's decedent and plaintiff.

20. Named defendants and the Doe defendants breached the foregoing duty by negligently designing and manufacturing the products and by failing to give adequate warnings of dangers of their use.

21. As a direct and legal result of the foregoing, plaintiff has suffered wrongful death damages, including but not limited to the pecuniary value of the loss of the care, comfort, society, protection, support and love of the decedent.

Plaintiff prays for judgment for costs of suit; for such other relief as is fair, just and equitable, and for damages according to proof at trial.

/S/<u>MICHAEL R. MITCHELL</u>
MICHAEL R. MITCHELL
Attorney for Plaintiff Daniel Provencio, Jr.

DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues properly triable by jury.

/S/<u>MICHAEL R. MITCHELL</u>
MICHAEL R. MITCHELL
Attorney for Plaintiff Daniel Provencio, Jr.

FIRST AMENDED COMPLAINT