JAMES F. SPEYER (Bar No. 133114)
james.speyer@hellerehrman.com
JESSE P. SISGOLD (Bar No. 222403)
jesse.sisgold@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: (213) 689-0200
Facsimile:  (213) 614-1868

Attorneys for Defendants
ARMOR HOLDINGS, INC. and
DEFENSE TECHNOLOGY CORPORATION OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, Maria Lucero,<br><br>         Plaintiff,<br><br> v.<br><br>ARMOR HOLDINGS, INC., *et al.*,<br><br>         Defendants. | Case No.: 1:07-cv-0651-AWI-TAG<br><br>STIPULATION TO SUBMIT DEFENDANTS' FED. R. CIV. P. 12(b)(6) MOTION UPON THE RECORD AND BRIEFS; ORDER<br><br>Date:  September 24, 2007<br>Time:  10:00 a.m.<br>Courtroom:  2<br><br>The Honorable Anthony W. Ishii |

PURSUANT TO LOCAL RULE 78-230(H), DEFENDANTS ARMOR HOLDINGS, INC. AND DEFENSE TECHNOLOGY CORPORATION OF AMERICA AND PLAINTIFF DANIEL PROVENCIO, JR., BY AND THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE THAT DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT BE SUBMITTED UPON THE RECORD AND BRIEFS ON FILE AND THAT THE CORRESPONDING HEARING OF SEPTEMBER 24, 2007 BE VACATED.

DATED:  SEPTEMBER 18, 2007           HELLER EHRMAN LLP

BY /S/ JAMES F. SPEYER
       JAMES F. SPEYER

ATTORNEYS FOR DEFENDANTS
ARMOR HOLDINGS, INC. AND
DEFENSE TECHNOLOGY CORPORATION OF AMERICA

LAW OFFICE OF MICHAEL R. MITCHELL

BY /S/ MICHAEL R. MITCHELL
       MICHAEL R. MITCHELL

ATTORNEY FOR PLAINTIFF
DANIEL PROVENCIO, JR.

# ORDER

The court has reviewed the papers and the parties' stipulation and agrees that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 24, 2007 is VACATED.   As of September 24, 2007, the court will take the matter under submission, and will thereafter issue its decision.


**IT IS SO ORDERED.**

DATED:    SEPTEMBER 19, 2007                    /S/ ANTHONY W. ISHII
       UNITED STATES DISTRICT JUDGE