1  JAMES F. SPEYER (SBN 133114)
   *James.speyer@hellerhrman.com*
2  JESSE P. SISGOLD (SBN 222403)
   *Jesse.sisgold@hellerehrman.com*
3  HELLER EHRMAN LLP
   333 South Hope Street, 39th Floor
4  Los Angeles, CA 90071-3043
   Telephone: (213) 689-0200
5  Facsimile: (213) 614-1868

6
   JAMES J. YUKEVICH (SBN 159896)
7  *Jyukevich@yukelaw.com*
   STEVEN D. SMELSER (SBN 180602)
8  *Ssmelser@yukelaw.com*
   THOMAS BORNCAMP (SBN 186730)
9  *Tborncamp@yukelaw.com*
   YUKEVICH CALFO & CAVANAUGH
10 601 S. Figueroa Street, 38th Floor
   Los Angeles, CA 90017
11 Telephone: (213) 362-7777
   Facsimile: (213) 362-7788

12
   Attorneys for Defendants
13 ARMOR HOLDINGS, INC. and
   DEFENSE TECHNOLOGY
14 CORPORATION OF AMERICA

15
16                **UNITED STATES DISTRICT COURT**

17        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

18

| | |
|---|---|
| 19 DANIEL PROVENCIO, JR., personally and as Successor in Interest to DANIEL | CASE NO. 1:07-CV-00651 AWI TAG |
| 20 PROVENCIO, deceased, by his guardian ad litem, MARIA LUCERO, | **JOINT STIPULATION AND ORDER CONTINUING OCTOBER 14, 2008 NON-EXPERT DISCOVERY CUT-OFF DATE** |
| 21          Plaintiffs, | |
| 22          vs. | *Second Amended Complaint Filed: October 15, 2007* |
| 23 DEFENSE TECHNOLOGIES, INC. DEFENSE TECHNOLOGY | |
| 24 FEDERAL LABORATORIES, ARMOR HOLDINGS, INC. and DOES | *[Assigned to the Honorable Anthony W. Ishii]* |
| 25 1 to 100, inclusive, | |
| 26          Defendants. | Trial Date:          September 1, 2009 |

27

28  / / /

1    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff
2  DANIEL PROVENCIO, JR. ("Plaintiff") and defendants ARMOR HOLDINGS,
3  INC. and DEFENSE TECHNOLOGY CORPORATION OF AMERICA
4  (collectively "Armor"), by and through their respective attorneys of record, as
5  follows:

6    1.    WHEREAS pursuant to the Scheduling Order entered by the Court on
7  May 5, 2008, the parties' Non-Expert Discovery Deadline date is currently set for
8  October 14, 2008;

9    2.    WHEREAS Plaintiff is also a plaintiff in the related case, *Daniel*
10  *Provencio, Jr., et al. v. Patricia L. Vasquez, et al.*, Eastern District of California
11  Case No. 1:07-cv-00069 AWI TAG;

12    3.    WHEREAS Plaintiff and Armor have agreed with all parties to the
13  related case to stipulate that all discovery obtained in either case can be used for any
14  proper purpose in the other and a separate stipulation reflecting this agreement has
15  been, or will be filed;

16    4.    WHEREAS the Non-Expert Discovery Deadline as set forth in the
17  Amended Scheduling Order in the related case is January 12, 2009;

18    5.    WHEREAS the parties have been actively engaged in the discovery
19  process in accordance with the current Non-Expert Discovery Deadline; however,
20  due to the complex nature of this case, the following efforts are ongoing:

21    a.    Retaining experts in the fields of weapons design and weapons
22  manufacture;

23    b.    Developing a protocol for inspection and testing of the gun used
24  in the incident in coordination with appropriate state agencies, including Wasco
25  State Prison;

26    c.    Deposing representatives of the California Department of
27  Corrections and Rehabilitation, the Office of the Inspector General, and other
28  relevant state agencies;

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1   d. Inspecting the location of the incident at Wasco State Prison;

2   e. Propounding and responding to discovery requests between the

3 parties; and

4   f. Identifying additional potential fact witnesses.

5   6. WHEREAS, in addition, the parties are reviewing the discovery that

6 has been produced in the related case to facilitate discovery in this case, including

7 all depositions, 109 inmate statements, and 22 recorded statements;

8   7. WHEREAS the deadline for filing dispositive motions is not set until

9 April 4, 2009;

10   8. WHEREAS the matter is not set for trial until September 1, 2009 at

11 8:30 a.m., and the Pre-Trial Conference is not set to take place until July 10, 2009 at

12 8:30 a.m.;

13   9. WHEREAS the parties are not requesting that any other deadline as set

14 forth in the Scheduling Order be extended;

15   10. WHEREAS the parties agree that the continuance of the Non-Expert

16 Discovery Deadline will allow the parties to more fully develop their cases and

17 streamline the issues remaining for trial; and

18   11. WHEREAS this Court is authorized to grant a continuance of the Non-

19 Expert Discovery Deadline where good cause is shown to exist.

20   IT IS HEREBY STIPULATED AND AGREED THAT all parties request that

21 the Non-Expert Discovery Deadline date be continued from October 14, 2008 until

22 January 12, 2009 to coincide with the Non-Expert Discovery Deadline in the related

23 case.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  SO STIPULATED.

2  DATED: September 15th, 2008    YUKEVICH CALFO & CAVANAUGH

3

4

5  By: _____

6  James J. Yukevich

   Attorneys for Defendants ARMOR

7  HOLDINGS, INC. and DEFENSE

   TECHNOLOGY CORPORATION OF

8  AMERICA

9

10

11  DATED: September 15, 2008    By: _____

12  Michael R. Mitchell

    Attorney for Plaintiff DANIEL

13  PROVENCIO, JR.

14

15

16  IT IS SO ORDERED.

17

18  DATED: September 23, 2008 By: _____

19

20  United States Magistrate Judge

21

22

23

24

25

26

27

28

                              4                    1:07-CV-00651 AWI TAG

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 28TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788