1

2

3

4

5

6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

7

**EASTERN DISTRICT OF CALIFORNIA**

8

9

10

11

12

13

14

15

16

17

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as Successor in Interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, MARIA LUCERO, <br><br>                        Plaintiff, <br><br>        v. <br><br>DEFENSE TECHNOLOGIES, INC., DEFENSE TECHNOLOGY FEDERAL LABORATORIES, ARMOR HOLDINGS, INC., and DOES 1 to 100, inclusive, <br><br>                        Defendants. | Case No. 1:07-CV-00651-AWI-TAG <br><br> ORDER CONTINUING OCTOBER 14, 2008 NON-EXPERT DISCOVERY CUT-OFF DATE <br><br> [Document # 42] |

18

19        On September 16, 2008, the court received a joint stipulation to continue the October 14,

20   2008 Non-Expert Discovery Cut-Off Date.

21        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DANIEL

22   PROVENCIO, JR., and Defendants ARMOR HOLDINGS, INC., and DEFENSE

23   TECHNOLOGY CORPORATION OF AMERICA (collectively "Armor"), as follows:

24        1.        WHEREAS pursuant to the Scheduling Order entered by the Court on May 5,

25   2008, the parties' Non-Expert Discovery Deadline date is currently set for October 14, 2008;

26        2.        WHEREAS Plaintiff is also a plaintiff in the related case, *Daniel Provencio, Jr.,*

27   *et al. v. Patricia L. Vasquez, et al.*, Eastern District of California Case No. 1:07-CV-00069 AWI-

28   TAG;

3.       WHEREAS Plaintiff and Armor have agreed with all parties to the related case to stipulate that all discovery obtained in either case can be used for any proper purpose in the other and a separate stipulation reflecting this agreement has been, or will be filed;

4.       WHEREAS the Non-Expert Discovery Deadline as set forth in the Amended Scheduling Order in the related case is January 12, 2009;

5.       WHEREAS the parties have been actively engaged in the discovery process in accordance with the current Non-Expert Discovery Deadline; however, due to the complex nature of this case, the following efforts are ongoing:

a)       Retaining experts in the field of weapons design and weapons manufacture;

b)       Developing a protocol for inspection and testing of the gun used in the incident in coordination with appropriate state agencies, including Wasco State Prison;

c)       Deposing representatives of the California Department of Corrections and Rehabilitation, the Office of the Inspector General, and other relevant state agencies;

d)       Inspecting the location of the incident at Wasco State Prison;

e)       Propounding and responding to discovery requests between the parties; and

f)       Identifying additional potential fact witnesses.

6.       WHEREAS, in addition, the parties are reviewing the discovery that has been produced in the related case to facilitate discovery in this case, including all depositions, 109 inmate statements, and 22 recorded statements;

7.       WHEREAS the deadline for filing dispositive motions is not set until April 4, 2009;

8.       WHEREAS the matter is not set for trial until September 1, 2009 at 8:30 a.m., and the Pre-Trial Conference is not set to take place until July 10, 2009 at 8:30 a.m.

///

9.      WHEREAS the parties are not requesting that any other deadline as set forth in the Scheduling Order be extended;

10.     WHEREAS the parties agree that the continuance of the Non-Expert Discovery Deadline will allow the parties to more fully develop their cases and streamline the issues remaining for trial; and

11.     WHEREAS this Court is authorized to grant a continuance of the Non-Expert Discovery Deadline where good cause is shown to exist.

IT IS HEREBY ORDERED that all parties request that the Non-Expert Discovery Deadline date be continued from October 14, 2008 until January 12, 2009 to coincide with the Non-Expert Discovery Deadline in the related case.

IT IS SO ORDERED.

**Dated:    September 23, 2008**              **/s/ Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE

3